UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. WAYNE JOHNSON,<br>Plaintiff,<br>v.<br>STANLEY GOFF, et al.,<br>Defendants. | Case No. 17-cv-06849-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 4 |

Plaintiff R. Wayne Johnson has failed to comply with the Court's orders to file (i) a complete application to proceed *in forma pauperis* ("IFP"); and (ii) a complaint on this Court's form. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to comply with the Court's orders and under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The IFP application is inadequate because the application (i) is unsigned; and (ii) it lacks two necessary documents, a certificate of funds signed by an authorized prison officer and a prison trust account statement showing transactions for the last six months.

Because this dismissal is without prejudice, Johnson can move to reopen at any time. However, any such motion **must** be accompanied by (1) a complaint on this Court's form; and (2) a complete IFP application, or full payment for the $400.00 filing fee. Copies of the relevant forms will be sent to Johnson forthwith.

1    Johnson's IFP application (Dkt. No. 4) is DENIED as incomplete.

2    The Clerk shall terminate Dkt. No. 4, enter judgment in favor of defendants, and
3    close the file.

4    **IT IS SO ORDERED.**

5    **Dated:**  February 15, 2018



WILLIAM H. ORRICK
United States District Judge